ANNE MILGRAM
Attorney General of New Jersey
Attorney for Defendant, Darren Clarke
R.J. Hughes Justice Complex
PO BOX 112
Trenton, New Jersey 08625

By: Christopher C. Josephson
    Deputy Attorney General
    (609) 292-8550
    CCJ 8344

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| BRADFORD MAYNE, | ) HON. STANLEY R. CHESLER, U.S.D.J. |
| Plaintiff, | ) Civil Action No. 08-5785 (SRC) |
| v. | ) |
| STATE PAROLE OFFICER DARREN CLARKE, | ) ORDER |
| Defendant. | ) |
| | ) |

This matter having come before the Court on a motion of Anne Milgram, Attorney General of New Jersey, by Christopher C. Josephson, Deputy Attorney General, appearing on behalf of Darren Clarke ("defendant") pursuant to Fed.R.Civ.P. 6(b)(1) and the Court having considered the papers submitted herein, this matter being decided under Fed.R.Civ.P. 78 and for good cause shown;

IT IS on this 18th day of Sept, 2009

ORDERED that the defendant is hereby granted leave to answer, move or otherwise reply within 30 days from the date of this order.

_____
U.S.D.J.